FILED IN CLERK'S OFFICE
ORIGINAL
DEC - 5 2003
LUTHER D. THOMAS, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Edwin Boatright, Idell E. Boatright Dena Nichols, Katherina Coursey, Andrea Banderas, Betty J. Bowling
PLAINTIFFS

-vs-

R. J. Corman Railroad Company, LLC/Materials Sales, R. J. Corman Railroad Company LLC, R.J. Corman Derailment Services, LLC, R. J. Corman R.J. Corman Distribution Centers, LLC R.J. Corman Railroad Group, R. J. Corman Derailment Services Freight Transfer Division, R. J. Corman Distribution Centers, LLC R. J. Corman Railroad Construction LLC, R. J. Corman Equipment Company, R. J. Corman Equipment Company, LLC
DEFENDANTS

Civil Action No: CV 1 03 CV 3794

Judge: ________________

TWT

**COMPLAINT AND JURY DEMAND**

Plaintiffs in complaint against defendants allege as follows:

1. Defendants are organized pursuant to the laws of a state other than Georgia.
2. Defendants' principal places of business are in a state other than Georgia.
3. Defendants conduct commercial business within this Judicial District including but not limited to those conducted at 4825 Mendel Ct, Atlanta, GA 30336.
4. At the time of commencement of this action, defendant was subject to personal jurisdiction at 4825 Mendel Ct., Atlanta, GA 30336.
5. Plaintiff, Idell E. Boatright, is a citizen and resident of the state of Georgia.
6. Plaintiffs, Edwin Boatright, Katherine Coursey, and Andrea Banderas, are the surviving adult offspring of decedent, Edward Deen Boatright, and citizens and residents of the state Georgia.

FORMS RECEIVED
Consent To US Mag.
Pretrial Instr. Form
Title VII

7. Plaintiff, Dena Nichols, is a surviving adult offspring of decedent, Edward Deen Boatright, and a citizen and resident of the state of Alabama.

8. Plaintiff, Betty J. Bowling, is a citizen and resident of the state of Georgia.

9. The amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

10. Jurisdiction is premised upon **Title 28 U.S.C. 1332 (a)(2).**

11. Venue is premised upon **Title 28 U.S.C. 1391.**

**COUNT I**

12. Plaintiffs incorporate as if completely reiterated each of the above paragraphs and further allege:

13. On May 28, 2002, Chad Everett McKinney was employed by defendants as a tractor trailer operator.

14. On May 28, 2002, defendants owned a 1998 Peterbuilt Model 330 tractor bearing ID # 1NPNLD9X7XS485202.

15. On May 28, 2002, defendant's employee, Chad Everett McKinney, while in the course of his employment with defendants, negligently, gross negligently, willfully, and wantonly operated Corman's tractor trailer truck causing it to collide with an automobile occupied by plaintiff's decedent and plaintiff, Betty Jean Bowling.

16. As a direct and proximate result of the defendants' and/or their employee's negligence, Plaintiff's decedent, Edward D Boatright, suffered serious and fatal injuries, and plaintiffs suffered and/or incurred those damages provided for pursuant to the laws of the state of Georgia.

**COUNT II**

17. Plaintiffs incorporate as if completely reiterated, each of the above paragraphs and further allege:

18. As a direct and proximate result of the defendants and/or their employee's negligence, gross negligence, willful, wanton, and careless actions and/or inactions, plaintiff, Betty Jean Bowling, suffered serious and permanent physical injuries, pain and suffering, and has incurred medical and other expenses and losses, some of which will continue into the future.

**COUNT IV**

19. Plaintiffs incorporate as if completely reiterated, each of the above paragraphs and further allege:

20. Plaintiff, Idell E. Boatright, was the lawful wife of decedent, Edward Deen Boatright, and as a direct and proximate result of the negligent, gross negligent, willful, wanton, and careless actions and/or inactions of defendants and/or their employee, she has suffered and will continue to suffer in one degree or another, for a reasonable time into the future, the loss of society, care, consortium, assistance, and companionship of her husband.

**COUNT III**

21. Plaintiffs incorporate as if completely reiterated, each of the above paragraphs and further allege:

22. To the extent that defendants' actions and/or inactions constitute gross negligence, or willful, wanton, careless behavior conducted with a disregard for the safety and well being of others, including plaintiff, then plaintiff's request that

punitive damages be awarded.

WHEREFORE, Plaintiffs demand judgment against the defendants in an amount in excess of the jurisdictional amount of this court and/or in an amount to be determined by the enlightened conscience of the jury, in full compensation for their respective injuries and losses, as allowed by the laws of this jurisdiction, and further demands a judgment of punitive damages in an amount to be determined by the enlightened conscience of the jury and for costs and attorney's fees against defendant, to the extent allowed by law.

Kenneth J. Vanderhoff, Bar # 724450
Attorney for Plaintiffs
115 West Courthouse Square
Cumming, GA 30040
770-887-1445

**JURY DEMAND**

Plaintiffs demand trial by jury.

Kenneth J. Vanderhoff, Bar # 724450
Attorney for Plaintiffs
115 West Courthouse Square
Cumming, GA 30040
770-887-1445



~AO 440 (Rev. 8/0 1) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Edwin Boatright, Idell E. Boatright, Dena Nichols, Katherina Coursey, Andrea Banderas, Betty J. Bowling,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

1 03 CV 3794

R.J. Corman Railroad Company, LLC/Materials Sales, R.J. Corman Railroad Company, LLC, R.J. Corman Derailment Services, LLC, R. J. Corman, R.J. Corman Distribution Centers, LLC, R.J. Corman Railroad Group, LLC, R.J. Corman Derailment Services Freight Transfer Division, R.J. Corman Distribution Centers, LLC, R. J. Corman Railroad Construction LLC. R.J. Corman Equipment Company, R.J. Corman Equipment Company, LLC.

TO: (Name and address of Defendant)

R.J. Corman Railroad Company, LLC/Materials Sales, R.J. Corman Railroad Company, LLC, R.J. Corman Derailment Services, LLC, R. J.Corman, R.J. Corman Distribution Centers, LLC, R.J. Corman Railroad Group, LLC, R.J. Corman Derailment Services Freight Transfer Division, R.J. Corman Distribution Centers, LLC, R. J. Corman Railroad Construction LLC. R.J. Corman Equipment Company, R.J. Corman Equipment Company, LLC.

Tony Carrillo, Plant Manager
4825 Mendel Court
Atlanta, Georgia 30336

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth J. VanderHoff
115 West Courthouse Square
Cumming, Georgia 30040
770-887-1445

an answer to the complaint which is served on you with this summons, within **Twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

DEC - 5 2003
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date *Signature of Server*

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ORIGINAL

~AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Edwin Boatright, Idell E. Boatright, Dena Nichols, Katherina Coursey, Andrea Banderas, Betty J. Bowling,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

R.J. Corman Railroad Company, LLC/Materials Sales, R.J. Corman Railroad Company, LLC, R.J. Corman Derailment Services, LLC, R. J. Corman, R.J. Corman Distribution Centers, LLC, R.J. Corman Railroad Group, LLC, R.J. Corman Derailment Services Freight Transfer Division, R.J. Corman Distribution Centers, LLC, R. J. Corman Railroad Construction LLC. R.J. Corman Equipment Company, R.J. Corman Equipment Company, LLC.

1 03 CV 3794

TO: (Name and address of Defendant)

R.J. Corman Railroad Company, LLC/Materials Sales, R.J. Corman Railroad Company, LLC, R.J. Corman Derailment Services, LLC, R. J.Corman, R.J. Corman Distribution Centers, LLC, R.J. Corman Railroad Group, LLC, R.J. Corman Derailment Services Freight Transfer Division, R.J. Corman Distribution Centers, LLC, R. J. Corman Railroad Construction LLC. R.J. Corman Equipment Company, R.J. Corman Equipment Company, LLC.

Tony Carrillo, Plant Manager
4825 Mendel Court
Atlanta, Georgia 30336

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth J. VanderHoff
115 West Courthouse Square
Cumming, Georgia 30040
770-887-1445

an answer to the complaint which is served on you with this summons, within **Twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

DEC - 5 2003
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date *Signature of Server*

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



~AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Edwin Boatright, Idell E. Boatright, Dena Nichols, Katherina Coursey, Andrea Banderas, Betty J. Bowling,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

R.J. Corman Railroad Company, LLC/Materials Sales, R.J. Corman Railroad Company, LLC, R.J. Corman Derailment Services, LLC, R. J. Corman, R.J. Corman Distribution Centers, LLC, R.J. Corman Railroad Group, LLC, R.J. Corman Derailment Services Freight Transfer Division, R.J. Corman Distribution Centers, LLC, R. J. Corman Railroad Construction LLC. R.J. Corman Equipment Company, R.J. Corman Equipment Company, LLC.

1 03 CV 3794

TO: (Name and address of Defendant)
R.J. Corman Railroad Company, LLC/Materials Sales, R.J. Corman Railroad Company, LLC, R.J. Corman Derailment Services, LLC, R. J.Corman, R.J. Corman Distribution Centers, LLC, R.J. Corman Railroad Group, LLC, R.J. Corman Derailment Services Freight Transfer Division, R.J. Corman Distribution Centers, LLC, R. J. Corman Railroad Construction LLC. R.J. Corman Equipment Company, R.J. Corman Equipment Company, LLC.

Kenneth D. Adams, Resident Agent
One Jay Station
Nicholasville, Kentucky 40356

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth J. VanderHoff
115 West Courthouse Square
Cumming, Georgia 30040
770-887-1445

an answer to the complaint which is served on you with this summons, within **Twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

DEC - 5 2003
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
Date *Signature of Server*

____________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ORIGINAL

~AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Edwin Boatright, Idell E. Boatright, Dena Nichols, Katherina Coursey, Andrea Banderas, Betty J. Bowling,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

R.J. Corman Railroad Company, LLC/Materials Sales, R.J. Corman Railroad Company, LLC, R.J. Corman Derailment Services, LLC, R. J. Corman, R.J. Corman Distribution Centers, LLC, R.J. Corman Railroad Group, LLC, R.J. Corman Derailment Services Freight Transfer Division, R.J. Corman Distribution Centers, LLC, R. J. Corman Railroad Construction LLC. R.J. Corman Equipment Company, R.J. Corman Equipment Company, LLC.

1 03 CV 3794

TO: (Name and address of Defendant)

R.J. Corman Railroad Company, LLC/Materials Sales, R.J. Corman Railroad Company, LLC, R.J. Corman Derailment Services, LLC, R. J.Corman, R.J. Corman Distribution Centers, LLC, R.J. Corman Railroad Group, LLC, R.J. Corman Derailment Services Freight Transfer Division, R.J. Corman Distribution Centers, LLC, R. J. Corman Railroad Construction LLC. R.J. Corman Equipment Company, R.J. Corman Equipment Company, LLC.

Kenneth D. Adams, Resident Agent
One Jay Station
Nicholasville, Kentucky 40356

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth J. VanderHoff
115 West Courthouse Square
Cumming, Georgia 30040
770-887-1445

an answer to the complaint which is served on you with this summons, within **Twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

DEC - 5 2003
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

______ *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



~AO 440 (Rev. 8/0 1) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Edwin Boatright, Idell E. Boatright, Dena Nichols, Katherina Coursey, Andrea Banderas, Betty J. Bowling,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

R.J. Corman Railroad Company, LLC/Materials Sales, R.J. Corman Railroad Company, LLC, R.J. Corman Derailment Services, LLC, R. J. Corman, R.J. Corman Distribution Centers, LLC, R.J. Corman Railroad Group, LLC, R.J. Corman Derailment Services Freight Transfer Division, R.J. Corman Distribution Centers, LLC, R. J. Corman Railroad Construction LLC. R.J. Corman Equipment Company, R.J. Corman Equipment Company, LLC.

1 03 CV 3794

TO: (Name and address of Defendant)

R.J. Corman Railroad Company, LLC/Materials Sales, R.J. Corman Railroad Company, LLC, R.J. Corman Derailment Services, LLC, R. J.Corman, R.J. Corman Distribution Centers, LLC, R.J. Corman Railroad Group, LLC, R.J. Corman Derailment Services Freight Transfer Division, R.J. Corman Distribution Centers, LLC, R. J. Corman Railroad Construction LLC. R.J. Corman Equipment Company, R.J. Corman Equipment Company, LLC.

Kenneth D. Adams, Resident Agent
One Jay Station
Nicholasville, Kentucky 40356

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth J. VanderHoff
115 West Courthouse Square
Cumming, Georgia 30040
770-887-1445

an answer to the complaint which is served on you with this summons, within **Twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

DEC - 5 2003
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date *Signature of Server*

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.




~AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Edwin Boatright, Idell E. Boatright, Dena Nichols, Katherina Coursey, Andrea Banderas, Betty J. Bowling,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

1 03 CV 3794

R.J. Corman Railroad Company, LLC/Materials Sales, R.J. Corman Railroad Company, LLC, R.J. Corman Derailment Services, LLC, R. J. Corman, R.J. Corman Distribution Centers, LLC, R.J. Corman Railroad Group, LLC, R.J. Corman Derailment Services Freight Transfer Division, R.J. Corman Distribution Centers, LLC, R. J. Corman Railroad Construction LLC. R.J. Corman Equipment Company, R.J. Corman Equipment Company, LLC.

TO: (Name and address of Defendant)

R.J. Corman Railroad Company, LLC/Materials Sales, R.J. Corman Railroad Company, LLC, R.J. Corman Derailment Services, LLC, R. J.Corman, R.J. Corman Distribution Centers, LLC, R.J. Corman Railroad Group, LLC, R.J. Corman Derailment Services Freight Transfer Division, R.J. Corman Distribution Centers, LLC, R. J. Corman Railroad Construction LLC. R.J. Corman Equipment Company, R.J. Corman Equipment Company, LLC.

R.J. Corman, Resident Agent
One Jay Station
Nicholasville, Kentucky 40356

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth J. VanderHoff
115 West Courthouse Square
Cumming, Georgia 30040
770-887-1445

an answer to the complaint which is served on you with this summons, within **Twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

DEC - 5 2003
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: __________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other (specify): __________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __________ Date

__________ *Signature of Server*

__________ *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.




~AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Edwin Boatright, Idell E. Boatright, Dena Nichols, Katherina Coursey, Andrea Banderas, Betty J. Bowling,

V.

R.J. Corman Railroad Company, LLC/Materials Sales, R.J. Corman Railroad Company, LLC, R.J. Corman Derailment Services, LLC, R. J. Corman, R.J. Corman Distribution Centers, LLC, R.J. Corman Railroad Group, LLC, R.J. Corman Derailment Services Freight Transfer Division, R.J. Corman Distribution Centers, LLC, R. J. Corman Railroad Construction LLC. R.J. Corman Equipment Company, R.J. Corman Equipment Company, LLC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

1 03 CV 3794

TO: (Name and address of Defendant)

R.J. Corman Railroad Company, LLC/Materials Sales, R.J. Corman Railroad Company, LLC, R.J. Corman Derailment Services, LLC, R. J.Corman, R.J. Corman Distribution Centers, LLC, R.J. Corman Railroad Group, LLC, R.J. Corman Derailment Services Freight Transfer Division, R.J. Corman Distribution Centers, LLC, R. J. Corman Railroad Construction LLC. R.J. Corman Equipment Company, R.J. Corman Equipment Company, LLC.

R.J. Corman, Resident Agent
One Jay Station
Nicholasville, Kentucky 40356

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth J. VanderHoff
115 West Courthouse Square
Cumming, Georgia 30040
770-887-1445

an answer to the complaint which is served on you with this summons, within **Twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

(By) DEPUTY CLERK

DEC - 5 2003
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________

Date *Signature of Server*

____________________

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.