# ORIGINAL

FILED IN CLERK'S OFFICE

JAN 1 6 2004

LUTHER D. ~~~~~~, Clerk

By: ~~~~~ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EDWIN BOATRIGHT, IDELL E. BOATRIGHT, DENA NICHOLS, KATHERINA COURSEY, ANDREA BANDERAS, BETTY J. BOWLING, | : : : : : : | |
| Plaintiffs, | : : : | |
| v. | : : | CIVIL ACTION FILE NO. 03 CV 3794 (TWT) |
| R. J. CORMAN RAILROAD COMPANY, LLC/MATERIALS SALES, R. J. CORMAN RAILROAD COMPANY, LLC, R.J. CORMAN DERAILMENT SERVICES, LLC, R.J. CORMAN, R.J. CORMAN DISTRIBUTION CENTERS, LLC, R.J. CORMAN RAILROAD GROUP, LLC, R.J. CORMAN DERAILMENT SERVICES FREIGHT TRANSFER DIVISION, R.J. CORMAN DISTRIBUTION CENTERS, LLC, R.J. CORMAN RAILROAD CONSTRUCTION LLC, R.J. CORMAN EQUIPMENT COMPANY, R.J. CORMAN EQUIPMENT COMPANY, LLC, | : : : : : : : : : : : : : : : : | |
| Defendants. | : | |

## DEFENDANTS' INITIAL DISCLOSURES

(1) If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.

The only proper defendant in this case is R. J. Corman Railroad Company/Material Sales because at the time of the accident referenced in the complaint, Chad McKinney was operating a truck within the scope of his employment with R. J. Corman Railroad Company/Material Sales. He was not an employee nor was he working on behalf of any of the other named defendants. R. J. Corman Railroad Company/Material Sales will acknowledge service of an Amended Complaint.

(2) Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff. If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.

None.

(3) Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.

Betty Jean Bowling was the sole proximate cause of the collision. Two eyewitnesses to the accident corroborate Chad McKinney's statement that the light for him was green when he entered the intersection.

(4) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and

2

illustrative case law which defendant contends are applicable to this action.

**Georgia law of negligence and damages.**

(5) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.    (Attach witness list to Initial Disclosures as Attachment A.)

(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.    For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)

**At this time, the defendants have not identified an expert who is expected to testify at the trial.    The defendants anticipate that they may call one or more of the plaintiff's health care providers as witnesses in this case.**

(7) Provide a copy of, or description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use

3

to support your claims or defenses unless solely for impeachment, identifying the subject of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

(8) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

**Not applicable.**

(9) If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address and telephone number of such person or entity and describe in detail the basis of such liability.

**The Defendants contend that the sole and proximate cause of the accident was the negligence of Betty Jean Bowling.**

(10) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person

4

carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

DENNIS, CORRY, PORTER & SMITH, L.L.P.

By: _____

GRANT B. SMITH, ESQ.
For the Firm
Georgia Bar No. 658345
Attorney for Defendants

Piedmont Fourteen
3535 Piedmont Road, Suite 900
Atlanta, Georgia 30305
Telephone:  (404) 365-0102
Facsimile:  (404) 365-0134

THIS IS TO CERTIFY that, pursuant to LR 5.1B, NDGa., the above document was prepared in Courier New, 12 pt.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing DEFENDANTS' INITIAL DISCLOSURES by depositing same in the United States Mail in a properly-addressed envelope with adequate postage thereon to:

> Eric P. von Wiegen, Esq.
> 2024 Blackhorse Lane
> Lexington, IY  40503
>
> Kenneth J. Vanderhoff, Esq.
> 115 West Courthouse Square
> Cumming, GA  30040

This __16th__ day of January, 2004.

GRANT B. SMITH

## ATTACHMENT "A"

1)  Chad E. McKinney, 111 Wilkinson Road (lot 8), Palatka, Florida, 23318 (386) 312-0380, eyewitness;

2)  Darrell Smith, 205 N. Crawford Street, Waycross, Georgia, 31501 (912) 283-0557, eyewitness;

3)  Susan Dowdy, Route 1, Box 4105, Wayneville, Georgia, 31566 (912) 778-3794, eyewitness;

4)  Sergeant Robert H. Boyett, Waycross Police Department, Investigating police officer;

5)  Elmore Robertson, eyewitness;

6)  Idell Boatright, decedent's wife;

7)  Lt. C.J. Tatum, Waycross Police Department, Investigating police officer;

8)  Ware County EMS employees, damages, liability;

9)  Mike's Body Shop employees, damages, liability;

10) Blalock's employees;

11) Satilla Regional Medical Center employees, damages;

12) Health care providers to the plaintiff, damages;

13) Employers of Plaintiff Betty Jean Bowling, liability, damages;

14) Employers of Plaintiff Boatright, liability, damages;

15) Employees of State Farm Insurance, liability, damages.

ATTACHMENT  "B"

## ATTACHMENT "C"

See documents attached.

| Accident Number | Agency NCIC No. | **GEORGIA UNIFORM** | Coun. | Date Rec. By DPS |
|---|---|---|---|---|
| 02053239 | GA1480100 | **MOTOR VEHICLE ACCIDENT REPORT** | Ware | |

| Date | Day of Week | Time | Off Arrived | Total Number Of. | Inside |
|---|---|---|---|---|---|
| 05/28/2002 | □Sun M☑ T□ W☑ Th□ F□ S□ | 18:54 | 18:54 | Vehicles 2 / Injuries 2 / Fatalities 1 | City Of Waycross |

Road of Occurrence **GA. 520**
1 □ Interstate   2 ☑ Lowest St. Rt.   3 □ Co. Road   4 □ City St.

At Its Intersection With **MCDONALD STREET**
1 □ Interstate   2 □ Lowest St. Rt.   3 □ Co. Road   4 ☑ City St.

Corrected Report   Yes □

Not At the Intersection But _____   □ Miles   □ Feet   1 □ North   2 □ South   3 □ East   4 □ West   Of:   1 □ Interstate   2 □ Lowest St. Rt.   3 □ Co. Road   4 □ City St.   5 □ Co. Line

Suppl. To Original   Yes □

And Continuing in the Direction Checked Above
The Next Reference Point is _____   1 □ Interstate   2 □ Lowest St. Rt.   3 □ Co. Road   4 □ City St.   5 □ Co. Line

| | Driver # 1 | Last Name First Middle | | Driver # 2 | Last Name First Middle |
|---|---|---|---|---|---|
| | | **MCKINNEY, CHAD EVERETT** | | | **BOWLING, BETTY JEAN** |

| Ped # | Address | | Ped # | Address |
|---|---|---|---|---|
| | **111 WILKINSON RD.(LOT 8)** | | | **808 JOHANNA STR** |

| City State Zip DOB | | City State Zip DOB |
|---|---|---|
| **PALATKA FL 32218 01/03/1972** | | **WAYCROSS GA 31501 02/06/1949** |

| Driver's License No. | Class | State | □ Male ☑ Female | Driver's License No. | Class | State | ☑ Male □ Female |
|---|---|---|---|---|---|---|---|
| M250105720030 | A | FL | | 029852269 | C | GA | |

| Posted Speed 35 | Insurance Co. **CAROL INSURANCE AGENCY** | Policy No. **KKO410067B** | Posted Speed 35 | Insurance Co. **STATE FARM** | Policy No. **595970-D17-11A** |
|---|---|---|---|---|---|

| Year Make Model | Telephone No. | Year Make Model | Telephone No. |
|---|---|---|---|
| **1998 PETERBUILT 330** | (386)312-0380 | **1997 PLYMOUTH BREEZE** | (912)285-5538 |

| VIN | Vehicle Color | VIN | Vehicle Color |
|---|---|---|---|
| **1NPNLD9X7XS485202** | **RED - RED** | **1P3EJ46C5VN728225** | **BURGANDY** |

| Tag # State County Year | Tag # State County Year |
|---|---|
| **9MX 765 KY APPORTIONED 2003** | **437 FSI GA WARE 2002** |

| Trailer Tag # State County Year | Trailer Tag # State County Year |
|---|---|

| □ Same as Driver Owner's Last Name First Middle | □ Same as Driver Owner's Last Name First Middle |
|---|---|
| **R.J. CORMON, MATERIAL SALE** | **BOATRIGHT, EDWARD DEEN** |

| Address **P.O. BOX 788** | Address **508 WILLIAMS STR** |
|---|---|

| City State Zip | City State Zip |
|---|---|
| **NICHOLASVILLE KY 40356** | **WAYCROSS GA 31501** |

| Removed By **BLALOCK'S** | □ Request ☑ List | Removed By **MIKE'S BODY SHOP** | □ Request ☑ List |
|---|---|---|---|

| Alcohol Test 1 | Type 1 | Results PENDING | Drug Test 1 | Type 1 | Results PENDING | Alcohol Test 1 | Type 1 | Results PENDING | Drug Test 1 | Type 1 | Results PENDING |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Driver Condition 2 | Direction of Travel 4 | Vision Obscured 1 | Contributing Factors 6 | Driver Condition 2 | Direction of Travel 1 | Vision Obscured 1 | Contributing Factors 8 |
|---|---|---|---|---|---|---|---|

| Vehicle Condition 1 | Vehicle Maneuver 5 | Pedestrian Maneuver | | Vehicle Condition 1 | Vehicle Maneuver 5 | Pedestrian Maneuver | |
|---|---|---|---|---|---|---|---|

| Most Harmful Event 11 | Vehicle Class 7 | Vehicle Type 8 | Most Harmful Event 11 | Vehicle Class 1 | Vehicle Type 1 |
|---|---|---|---|---|---|

| Traffic Control 2 | Device Inoperative? □ Yes ☑ No | Traffic Control 1 | Device Inoperative? □ Yes ☑ No |
|---|---|---|---|

Injured Taken To **SATILLA REGIONAL MEDICAL CENTER**    By: **WARE COUNTY E.M.S.**

| EMS Notified Time 18:54 | EMS Arrival Time 19:00 | Hospital Arrival Time 19:18 | Photos Taken: ☑ Yes □ No By: **Sergeant Robert H Boyett** |
|---|---|---|---|

| Report By: **Sergeant John D Hampton** | Department **WAYCROSS POLICE DEPARTMENT** | Report Date 05/28/2002 | Checked By: **Sergeant John D Hampton** | Date Checked 05/28/2002 |
|---|---|---|---|---|

Witnesses' Name **DARRELL SMITH  205 N CRAWFORD STR.  WAYCROSS, GA 31501**    Telephone No. **(912)283-0557**

**SUSAN DOWDY    RT1 BOX 4105   WAYNEVILLE, GA 31566**    (912)778-3794

DPS MICROFILM NUMBER (DO NOT WRITE IN THIS SPACE)

**COMMERCIAL VEHICLES ONLY**

| Carrier Name **R.J. CORMON MATERIAL SALE** Vehicle # 5202 | Carrier Name Vehicle # |
|---|---|

| Address **P.O. BOX 788** | Address |
|---|---|

| City State Zip | City State Zip |
|---|---|
| **NICHOLASVILLE, KY. 40355** | |

| Number of Axles 3 | G.V.W.R. 52350 | Fed. Reportable 1 ☑ Yes 2 □ No | Cargo Body Type 6 | Number of Axles | G.V.W.R. | Fed. Reportable 1 □ Yes 2 □ No | Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Vehicle Config. 3 | I.C.C.M.C. # 078839 | U.S.D.O.T. # 255933 | Interstate ☑ Intrastate □ | Vehicle Config. | I.C.C.M.C. # | U.S.D.O.T. # | Interstate □ Intrastate □ |
|---|---|---|---|---|---|---|---|

| C.D.L.? 1 ☑ Yes 2 □ No | C.D.L. Suspended? 1 □ Yes 2 □ No | C.D.L.? 1 □ Yes 2 □ No | C.D.L. Suspended? 1 □ Yes 2 □ No |
|---|---|---|---|
| Vehicles Placarded? 1 □ Yes 2 ☑ No | Hazardous Materials? 1 □ Yes 2 ☑ No   Released? 1 □ Yes 2 ☑ No | Vehicles Placarded? 1 □ Yes 2 ☑ No | Hazardous Materials? 1 □ Yes 2 ☑ No   Released? 1 □ Yes 2 ☑ No |

If YES, Name or 4 Digit Number from Diamond or Box: 1 Digit Number from Bottom of Diamond _____

| Ran Off Road ___ | Down Hill Runaway ___ | Cargo Loss Or Shift ___ | Separation Of Units ___ | Ran Off Road ___ | Down Hill Runaway ___ | Cargo Loss Or Shift ___ | Separation Of Units ___ |
|---|---|---|---|---|---|---|---|

**000001**












D000003





890004



000005





| Accident Number 02053239 | Agency NCIC No. GA1480100 | **GEORGIA UNIFORM**<br>**MOTOR VEHICLE ACCIDENT REPORT** | Cr | | Date Rec. By DPS |
|---|---|---|---|---|---|

| Date 05/28/2002 | Day of Week □ Sun ☑ M □ T □ W □ Th □ F □ S | Time 18:54 | Off. Arrived 18:54 | Total Number Of: Vehicles 2 / Injuries 2 / Fatalities 1 | Inside City Of: Waycross |
|---|---|---|---|---|---|

Road of Occurrence **GA. 520**
1 □ Interstate   2 ☑ Lowest St. Rt.   3 □ Co. Road   4 □ City St.

At Its Intersection With **MCDONALD STREET**
1 □ Interstate   2 □ Lowest St. Rt.   3 □ Co. Road   4 ☑ City St.

Corrected Report Yes □

Suppl. To Original Yes □

Not At Its Intersection But
□ Miles   □ Feet
1 □ North   3 □ East   Of,
2 □ South   4 □ West
1 □ Interstate   2 □ Lowest St. Rt.   3 □ Co. Road   4 □ City St.   5 □ Co. Line

And Continuing in the Direction Checked Above
The Next Reference Point is   1 □ Interstate   2 □ Lowest St. Rt.   3 □ Co. Road   4 □ City St.   5 □ Co. Line.

| Driver # 1 | Last Name **MCKINNEY**, First **CHAD** EVERETT Middle | Driver # 2 | Last Name **BOWLING**, First **BETTY** JEAN Middle |
|---|---|---|---|
| Ped □ | Address **111 WILKINSON RD.(LOT 8)** | Ped □ | Address **808 JOHANNA STR** |

| City **PALATKA** | State **FL** | Zip **32218** | DOB **01/03/1972** | City **WAYCROSS** | State **GA** | Zip **31501** | DOB **02/08/1949** |
|---|---|---|---|---|---|---|---|

| Driver's License No. **M250105720030** | Class **A** | State **FL** | ☑ Male □ Female | Driver's License No. **029852269** | Class **C** | State **GA** | □ Male ☑ Female |
|---|---|---|---|---|---|---|---|

| Posted Speed **35** | Insurance Co. **CAROL INSURANCE AGENCY** | Policy No. **KKO4100678** | Posted Speed **35** | Insurance Co. **STATE FARM** | Policy No. **59S970-D17-11A** |
|---|---|---|---|---|---|

| Year **1998** | **PETERBUILT** | Model **330** | Telephone No. **(386)312-0380** | Year **1997** | **PLYMOUTH** | Model **BREEZE** | Telephone No. **(912)285-5538** |
|---|---|---|---|---|---|---|---|

| VIN **1NPNLD9X7XS48S202** | Vehicle Color **RED - RED** | VIN **1P3EJ46C5VN728225** | Vehicle Color **BURGANDY** |
|---|---|---|---|

| Tag # **9MX 785** | State **KY APPORTIONED** | County | Year **2003** | Tag # **437 EST** | State **GA WARE** | County | Year **2002** |
|---|---|---|---|---|---|---|---|

| Trailer Tag # | State | County | Year | Trailer Tag # | State | County | Year |
|---|---|---|---|---|---|---|---|

| □ Same as Driver Owner's Last Name **R.J. CORMON, MATERIAL SALE** First Middle | ☑ Same as Driver Owner's Last Name **BOATRIGHT, EDWARD DEEN** First Middle |
|---|---|
| Address **P.O. BOX 788** | Address **508 WILLIAMS STR** |

| City **NICHOLASVILLE** | State **KY** | Zip **40356** | City **WAYCROSS** | State **GA** | Zip **31501** |
|---|---|---|---|---|---|

| Removed By **BLALOCK'S** | □ Request   ☑ List | Removed By **MIKE'S BODY SHOP** | □ Request   ☑ List |
|---|---|---|---|

| Alcohol Test **1** | Type | Results **PENDING** | Drug Test **1** | Type | Results **PENDING** | Alcohol Test **1** | Type **1** | Results **PENDING** | Drug Test **1** | Type | Results **PENDING** |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Driver Condition **2** | Direction of Travel **4** | Vision Obscured **1** | Contributing Factors **6** | Driver Condition **2** | Direction of Travel **1** | Vision Obscured **1** | Contributing Factors **6** |
|---|---|---|---|---|---|---|---|

| Vehicle Condition **1** | Vehicle Maneuver **5** | Pedestrian Maneuver | | Vehicle Condition **1** | Vehicle Maneuver **5** | Pedestrian Maneuver | |
|---|---|---|---|---|---|---|---|

| Most Harmful Event **11** | Vehicle Class **7** | Vehicle Type **8** | Most Harmful Event **11** | Vehicle Class | Vehicle Type **1** |
|---|---|---|---|---|---|

| Traffic Control **2** | Device Inoperative? □ Yes ☑ No | Traffic Control | Device Inoperative? □ Yes ☑ No |
|---|---|---|---|

| Injured Taken To **SATILLA REGIONAL MEDICAL CENTER** | By: **WARE COUNTY E.M.S.** |
|---|---|

| EMS Notified Time **18:54** | EMS Arrival Time **19:00** | Hospital Arrival Time **19:18** | Photos Taken: □ Yes ☑ No   By: **Sergeant Robert H Boyett** |
|---|---|---|---|

| Report By: **Sergeant John D Hampton** | Department **WAYCROSS POLICE DEPARTMENT** | Report Date **05/28/2002** | Checked By: **Sergeant John D Hampton** | Date Checked **05/28/2002** |
|---|---|---|---|---|

| Witness(es) Name **DARRELL SMITH** | **205 N CRAWFORD STR** City **WAYCROSS, GA 31501** | State | Zip Code | Telephone No. **(912)283-0557** |
|---|---|---|---|---|

**SUSAN DOWDY    RT1 BOX 4105   WAYNEVILLE, GA 31566**                    **(912)778-3794**

DPS MICROFILM NUMBER (DO NOT WRITE IN THIS SPACE)

**COMMERCIAL VEHICLES ONLY**

| Carrier Name **R.J. CORMON MATERIAL SALE** Vehicle # **5202** | - - | Carrier Name Vehicle # |
|---|---|---|

| Address **P.O. BOX 788** | Address |
|---|---|

| City **NICHOLASVILLE, KY 40356** | State | Zip | City | State | Zip |
|---|---|---|---|---|---|

| Number of Axles **3** | G.V.W.R. **52350** | Fed. Reportable 1 ☑ Yes 2 □ No | Cargo Body Type **6** | Number of Axles | G.V.W.R. | Fed. Reportable 1 □ Yes 2 □ No | Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Vehicle Config. **4** | I.C.C.M.C. # **079839** | U.S. D.O.T. # **255933** | Interstate ☑ Intrastate □ | Vehicle Config. | I.C.C.M.C. # | U.S. D.O.T. # | Interstate □ Intrastate □ |
|---|---|---|---|---|---|---|---|

| C.D.L.? 1 ☑ Yes 2 □ No | C.D.L. Suspended? 1 □ Yes 2 ☑ No | C.D.L.? 1 □ Yes 2 ☑ No | C.D.L. Suspended? 1 □ Yes 2 ☑ No |
|---|---|---|---|
| Vehicle Placarded? 1 □ Yes 2 □ No | Hazardous Materials? 1 □ Yes 2 ☑ No<br>Released? 1 □ Yes 2 ☑ No | Vehicle Placarded? 1 □ Yes 2 ☑ No | Hazardous Materials? 1 □ Yes 2 ☑ No<br>Released? 1 □ Yes 2 ☑ No |

If YES, Name or 4 Digit Number from Diamond or Box:
1 Digit Number from Bottom of Diamond:

___ Ran Off Road   ___ Down Hill Runaway   ___ Cargo Loss Or Shift   ___ Separation Of Units

If YES, Name or 4 Digit Number from Diamond or Box:
1 Digit Number from Bottom of Diamond:

___ Ran Off Road   ___ Down Hill Runaway   ___ Cargo Loss Or Shift   ___ Separation Of Units

**REMARKS**  PAGE _____ OF _____

VEHICLE #1 WAS WESTBOUND ON GA. 520.  VEHICLE #2 WAS NORTHBOUND ON MCDONALD ST.  THE TWO COLLIDED IN THE INTERSECTION.  PASSENGER OF VEHICLE #2 WAS KILLED DURING THE ACCIDENT.  DRIVER #1 COMPLAINED OF INJURY TO HIS ARM.  DRIVER #2 HAD SERIOUS INJURIES INCLUDING POSSIBLE BROKEN BONES.  BOTH DRIVERS WERE TAKEN TO THE SATILLA REGIONAL CENTER FOR TREATMENT.  THIS ACCIDENT IS STILL BEING INVESTIGATED.  THERE WERE THREE WITNESSES TO THIS ACCIDENT.



INDICATE ON THIS DIAGRAM WHAT HAPPENED — N.T.S.

| | | |
|---|---|---|
| A | 64'3↓ | 9'2 N |
| B | 41'4↓ | 4'9 N |
| C | 37'5↓ | 4'0 N |
| D | 71'3↓ | 10'0 N |
| E | 27'0↓ | 19'4 N |
| A&E | 21'4↓ | 9'10 S |

TOTAL Length of Truck 37'8"

INDICATE NORTH

| Accident Investigation Site? ☐ Yes ☑ No  Site Number: | CITATIONS - VEHICLE # 1 | CITATIONS - VEHICLE # 2 |
|---|---|---|

| First Harmful Event | Traffic-Way Flow | Weather | Surface Cond. | Light Condition | Manner Of Collision | Location At Area Of Impact | Road Comp. | Road Defects | Road Character |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 |

| | VEH. # 1 | VEH. # 2 | | | | |
|---|---|---|---|---|---|---|
| Number of Occupants | 1 | 2 | SKID DISTANCE BEFORE IMPACT | AFTER 50 | | Width Of Road |
| Point Of Initial Contact | 12 | 3 | VEH. 1 | VEH. 1 | | |
| Damage To Vehicles | 3 | 4 | VEH. 2 | VEH. 2 | | |

Damage Other Than Vehicle: TRAFFIC SIGN  Owner: CITY OF WAYCROSS

| Occupants | | AGE | SEX | VEH. NO. | POS. | INJURY | TAKEN FOR TREAT. | EJECT | SAFETY EQUIP. | EXTRIC. | AIR BAG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Driver # 1   Or Pedestrian # | | | | | | 4 | 1 | 1 | 3 | 2 | 0 |
| Driver # 2   Or Pedestrian # | | | | | | 2 | 1 | 1 | 3 | 2 | 1 |
| BOATRIGHT, EDWARD  508 WILLIAMS STR  WAYCROSS, GA 31501 | | 53 | | 2 | 3 | 1 | 1 | 1 | 3 | 2 | 1 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

000008

AYCROSS POLICE DEPARTMENT

A1480100

**Supplemental Report**

Print Date: 05/31/2002     Page 1 of 1
Time: 11:56 AM

Accident No.
**02053239**

IN REFERENCE TO CASE #02053239 THESE ARE THE MEASUREMENTS:  OFFICER C. WILSON ASSISTED IN THE MEASUREMENTS:

TOTAL TRUCK LENGTH WAS 37 FEET 8 INCHES LONG
BETWEEN FRONT AND MIDDLE AXLE WAS 18 FEET 10 INCHES LONG

THE ZERO POINT IS THE APEX OF THE NORTH EAST CURB
POINT A WAS THE FRONT PASSENGER SIDE TIRE OF VEHICLE #1
POINT B WAS THE MIDDLE PASSENGER SIDE TIRE OF VEHICLE #1
POINT C WAS THE REAR PASSENGER SIDE TIRE OF VEHICLE #1
POINT D WAS THE FRONT DRIVER SIDE TIRE OF VEHICLE #2
POINT E WAS THE REAR DRIVER SIDE TIRE OF VEHICLE #2
A.O.I. IS THE AREA OF IMPACT (LARGE GOUGE MARK)

A IS 64'8" WEST AND 9'2" NORTH
B IS 41'11" WEST AND 4'9" NORTH
C IS 37'5" WEST AND 4'0" NORTH
D IS 71'3" WEST AND 10'10" NORTH
E IS 67'0" WEST AND 18'6" NORTH
A.O.I. IS 12'9" WEST AND 9'10" SOUTH

AS OF 5-28-02 AT 2400 HRS TWO WITNESSES INTERVIEWED, B/M ELMORE ROBERTSON AND W/M DARRYL SMITH, GAVE CONFLICTING STORIES.  ROBERTSON SAID THAT MCKINNEY HAD A RED LIGHT. SMITH SAID THAT BOWLING HAD A RED LIGHT.  BOTH DRIVERS CLAIMED THE RED LIGHT.  IT IS STILL BEING INVESTIGATED.

**000009**

| Supplemental Officer | Badge | Signature |
|---|---|---|
| Sergeant John D Hampton | | |

WAYCROSS POLICE DEPARTMENT
A1480100

**Supplemental Report**

Print Date: 05/31/2002
Time: 11:55 AM

Page 1 of 1

Accident No.
**02053239**

ON 05-28-02 I WENT TO THE SATILLA REGIONAL HOSPITAL IN REFERENCE TO THE ACCIDENT THAT OCCURRED ON GA 520 AND MCDONALD ST.   I HAD NURSE LAURA TAYLOR DRAW BLOOD FROM BETTY JEAN BOWLING , DRIVER #2 , AND CHAD MCKINNEY, DRIVER #1,  FOR BLOOD ALCOHOL/ DRUGS TESTS. I THEN TOOK THE TEST KITS TO THE POST OFFICE TO BE MAILED.

000010

| Supplemental Officer | Badge | Signature |
|---|---|---|
| Police Officer Christopher M Poole | | |

JAN 09 '03 09:40AM

**GEORGIA UNIFORM MOTOR VEHICLE ACCIDENT REPORT**

| Accident Number | Agency NCIC N | | | County | | Date Rec. By DPS |
|---|---|---|---|---|---|---|
| 02053239 | GA1430100 | | | | | |

| Date | Day of Week | | Time | Off. Arrived | Total Number Off | | | Inside City Of: |
|---|---|---|---|---|---|---|---|---|
| 05/28/2002 | ☐ Sun ☑ M ☐ T ☐ W ☐ Th ☐ F ☐ S | | 18:54 | 18:54 | Vehicles 2 | Fatalities 2 | Fatalities 1 | Waycross |

Road of Occurrence **GA. 520**  
1☐ Interstate  2☑ Lowest St. Rt.  3☐ Co. Road  4☐ City St.  
At Its Intersection With **MCDONALD STREET**  
1☐ Interstate  2☐ Lowest St. Rt.  3☐ Co. Road  4☑ City St.

Not At Its Intersection But — ☐ Miles ☐ Feet — 1☐ North 2☐ South — 3☐ East 4☐ West — Of:  
1☐ Interstate  2☐ Lowest St. Rt.  3☐ Co. Road  4☐ City St.  5☐ Co. Line

And Continuing in the Direction Checked Above The Next Reference Point is:  
1☐ Interstate  2☐ Lowest St. Rt.  3☐ Co. Road  4☐ City St.  5☐ Co. Line

Corrected Report — Yes ☐
Suppl. To Original — Yes ☐

| | Driver 1 | Driver 2 |
|---|---|---|
| Last Name First Middle | MCKINNEY, CHAD EVERETT | BOWLING, BETTY JEAN |
| Ped ☐ Address | 111 WILKINSON RD.(LOT 8) | 808 JOHANNA STR |
| City State Zip DOB | PALATKA FL 32218 01/03/1972 | WAYCROSS GA 31501 02/08/1940 |
| Driver's License No. Class State | M250105720030 A FL ☑ Male ☐ Female | 029652289 C GA ☐ Male ☑ Female |
| Posted Speed | 35 | 35 |
| Insurance Co. Policy No. | CAROL INSURANCE AGENCY KX04100878 | STATE FARM 895970-D17-11A |
| Year Make Model Telephone No. | 1998 PETERBUILT 330 (386)312-0380 | 1997 PLYMOUTH BREEZE (912)285-5538 |
| VIN Vehicle Color | 1NPNL99X7XS485202 RED - RED | 1P3EJ46C5VN726225 BURGUNDY |
| Tag # State County Year | 9MX788 KY APPORTIONED 2003 | 437 EST GA WARE 2002 |
| Trailer Tag # State County Year | | |

☐ Same as Driver — Owner's Last Name First Middle **R.J. CORMON, MATERIAL SALE**  
Address **P.O. BOX 788**  
City **NICHOLASVILLE** State **KY** Zip **40356**  
Removed By **BLALOCK'S**  ☐ Request ☑ List

☐ Same as Driver — Owner's Last Name First Middle **BOATRIGHT, EDWARD DEEN**  
Address **808 WILLIAMS STR**  
City **WAYCROSS** State **GA** Zip **31501**  
Removed By **MIKE'S BODY SHOP**  ☐ Request ☑ List

| Alcohol Test | 1 | Type 1 | Results NEGATIVE | Drug Test | 1 | Type 1 | Results NEGATIVE |
|---|---|---|---|---|---|---|---|
| Alcohol Test | 1 | Type 1 | Results NEGATIVE | Drug Test | 1 | Type 1 | Results POSITIVE |

| Driver Condition | 2 | Direction of Travel | 4 | Vision Obscured | 1 | Contributing Factors 6 |
|---|---|---|---|---|---|---|
| Vehicle Condition | 1 | Vehicle Maneuver | 5 | Pedestrian Maneuver | | |

| Driver Condition | 2 | Direction of Travel | 1 | Vision Obscured | 1 | Contributing Factors 6 |
|---|---|---|---|---|---|---|
| Vehicle Condition | 2 | Vehicle Maneuver | 5 | Pedestrian Maneuver | | |

| Most Harmful Event | 11 | Vehicle Class | 7 | Vehicle Type | 8 |
|---|---|---|---|---|---|
| Traffic Control | 2 | Device Inoperative? | ☐ Yes ☑ No | | |

| Most Harmful Event | 11 | Vehicle Class | 1 | Vehicle Type | 1 |
|---|---|---|---|---|---|
| Traffic Control | 2 | Device Inoperative? | ☐ Yes ☑ No | | |

Injured Taken To **SATILLA REGIONAL MEDICAL CENTER**  By **WARE COUNTY E.M.S.**  
EMS Notified Time **18:54**  EMS Arrival Time **19:00**  Hospital Arrival Time **19:18**  Photos Taken: ☑ Yes ☐ No By: **Sergeant Robert H Boyett**  
Report By: **Sergeant John D Hampton**  Department **WAYCROSS POLICE DEPARTMENT**  Report Date **05/28/2002**  Checked By: **Sergeant John D Hampton**  Date Checked **05/28/2002**

Witness(es) Name **DARRELL SMITH** Address **205 N CRAWFORD STR** City **WAYCROSS, GA 31501** State Zip Code Telephone No. **(912)283-0557**

**SUSAN DOWDY** **RT1 BOX 4105** **WAYNEVILLE, GA 31566** **(912)778-3794**

DPS MICROFILM NUMBER (DO NOT WRITE IN THIS SPACE)

**COMMERCIAL VEHICLES ONLY**

| Carrier Name R.J. CORMON MATERIAL SALE | Carrier Name |
|---|---|
| Vehicle # 5202 | Vehicle # |
| Address P.O. BOX 788 | Address |
| City NICHOLASVILLE, KY 40356 State Zip | City State Zip |

| Number of Axles | 3 | G.V.W.R. 52350 | Fed. Reportable ☑ Yes 2☐ No | Cargo Body Type 6 |
|---|---|---|---|---|
| Vehicle Config. | 3 | I.C.C.M.C. # 678838 | U.S. D.O.T. # 258923 | Interstate ☑ Intrastate ☐ |

| C.D.L.? | 1☑ Yes 2☐ No | C.D.L. Suspended? | 1☐ Yes 2☑ No |
|---|---|---|---|
| Vehicle Placarded? | 1☐ Yes 2☑ No | Hazardous Materials? | 1☐ Yes 2☑ No |
| | | Released? | 1☐ Yes 2☐ No |

If YES, Name or 4 Digit Number from Diamond or Box:  
___ 1 Digit Number from Bottom of Diamond:  
___ Ran Off Road  ___ Down Hill Runaway  ___ Cargo Loss Or Shift  ___ Separation Of Units

| Number of Axles | G.V.W.R. | Fed. Reportable 1☐ Yes 2☐ No | Cargo Body Type |
|---|---|---|---|
| Vehicle Config. | I.C.C.M.C. # | U.S. D.O.T. # | Interstate ☐ Intrastate ☐ |

| C.D.L.? | 1☐ Yes 2☐ No | C.D.L. Suspended? | 1☐ Yes 2☐ No |
|---|---|---|---|
| Vehicle Placarded? | 1☐ Yes 2☐ No | Hazardous Materials? | 1☐ Yes 2☐ No |
| | | Released? | 1☐ Yes 2☐ No |

If YES, Name or 4 Digit Number from Diamond or Box:  
___ 1 Digit Number from Bottom of Diamond:  
___ Ran Off Road  ___ Down Hill Runaway  ___ Cargo Loss Or Shift  ___ Separation Of Units

000013





000014





000015







000017





000018

000019









Q00020





000021



000022









000024





000025

000026









000027





000028





000029

000030







000031

000032





000033





000034









000035





000036



000037

000038







000039



000040





000042





000043









000044











000046



000047

## ATTACHEMENT "E"

Defendants will supplement the required documents upon receipt.