**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 2 6 2004

LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

| | |
|---|---|
| EDWIN BOATRIGHT, IDELL E. BOATRIGHT, DENA NICHOLS, KATHERINA COURSEY, ANDREA BANDERAS, BETTY J. BOWLING, : : : : : : | |
| Plaintiffs, : | |
| v. : : | CIVIL ACTION FILE NO. 03 CV 3794 (TWT) |
| R. J. CORMAN RAILROAD COMPANY, LLC/MATERIALS SALES, R. J. CORMAN RAILROAD COMPANY, LLC, R.J. CORMAN DERAILMENT SERVICES, LLC, R.J. CORMAN, R.J. CORMAN DISTRIBUTION CENTERS, LLC, R.J. CORMAN RAILROAD GROUP, LLC, R.J. CORMAN DERAILMENT SERVICES FREIGHT TRANSFER DIVISION, R.J. CORMAN DISTRIBUTION CENTERS, LLC, R.J. CORMAN RAILROAD CONSTRUCTION LLC, R.J. CORMAN EQUIPMENT COMPANY, R.J. CORMAN EQUIPMENT COMPANY, LLC, : : : : : : : : : : : : : : : | |
| Defendants. : | |

**JOINT CERTIFICATE OF INTERESTED PERSONS**

1.

The undersigned counsel of record for the parties to this action certify that the following is a full and complete list of all parties in this action:

1

Edwin Boatright, Idell E. Boatright, Dena Nichols, Katherina Coursey, Andrea Banderas, Betty J. Bowling, R. J. Corman Railroad Company/Material Sales, improperly named as R. J. Corman Railroad Company, LLC/Material Sales, the entity improperly named as R. J. Corman Railroad Company, LLC, R. J. Corman Derailment Services, LLC, R. J. Corman, R. J. Corman Distribution Centers, LLC, R. J. Corman Railroad Group, LLC improperly named as R. J. Corman Railroad Group, the entity improperly named as R. J. Corman Derailment Services Freight Transfer Division, R. J. Corman Distribution Centers, LLC, R. J. Corman Railroad Construction, LLC and R. J. Corman Equipment Company, LLC improperly named as R. J. Corman Equipment Company.

The defendant shows that the proper plaintiffs are Idell E. Boatright and Betty J. Bowling. The only proper defendant is R. J. Corman Railroad Company/Material Sales.

2.

The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

As to Plaintiffs: Edwin Boatright, Idell E. Boatright, Dena Nichols, Katherina Coursey, Andrea Banderas, Bruce Boatright, Gregory Boatright, Robert Boatright, Katherina Coursey, Patricia Dutton.

As to Defendants: St. Paul Fire & Marine Insurance Company.

3.

The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Counsel for Plaintiffs:   Eric P. Von Wiegen, Esq.
                          2024 Blackhorse Lane
                          Lexington, Kentucky  40503
                          (859) 296-4560

                          Kenneth J. Vanderhoff, Esq.
                          115 West Courthouse Square
                          Cumming, Georgia  30040
                          (770) 887-1445

Counsel for Defendants:   Grant B. Smith, Esq.
                          Dennis, Corry, Porter & Smith, L.L.P.
                          Piedmont Fourteen
                          3535 Piedmont Road, Suite 900
                          Atlanta, Georgia  30305
                          (404) 365-0102

3

Submitted this 19th day of January, 2004.

_____
ERIC P. VON WIEGEN
Kentucky Bar No. 85375
*(with express permission)*
Counsel for Plaintiffs

_____
GRANT B. SMITH, For the Firm
Georgia Bar No. 658345
Counsel for Defendants

THIS IS TO CERTIFY that, pursuant to LR 5.1B, NDGa., the above document was prepared in Courier New, 12 pt.